

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          Steven Wallace Hopkins v. The State of Texas

Appellate case number:    01-19-00221-CR

Trial court case number:  1518270

Trial court:                          174th District Court of Harris County

      Appellant, acting pro se, has filed a motion requesting that this court dismiss his appointed appellate counsel and appoint new counsel. The motion is **denied**. The relief requested by appellant must be directed to the trial court.

      It is so ORDERED.


Judge's signature: \_\_\_\_/s/ Gordon Goodman\_\_\_\_
                                  Acting individually


Date: \_\_\_July 2, 2019\_\_